# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Melchor-Gomez,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-463-FDW
(3:06-cr-431)

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 3, 2009 Order.

Signed: November 3, 2009

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court